UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH NAZARENO,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, et al.,

Defendants.

Case No. 26-cv-03925-WHO

**ORDER CONDITIONALLY DISMISSING CASE**

Re: Dkt. No. 12

The parties have notified the Court that they have reached a settlement agreement. *See* Dkt. No. 12. Accordingly, this case is DISMISSED WITH PREJUDICE and any dates and hearings are VACATED; provided that, if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: August 3, 2026

William H. Orrick
Senior United States District Judge

United States District Court
Northern District of California